## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Intercat, Inc.,

                        Plaintiff,

                                                             Civ. No. 03-4886 (RHK/AJB)
                                                             **ORDER**

v.

Nol-Tec Systems, Inc., and
W.R. Grace & Co.-Conn., Inc.,

                        Defendants.

Plaintiff's Motion for Leave to File the Attached Plaintiff's Reply in Support of Its (1) Motion to Exclude Defendants' Expert Witness Paul E. Solt and (2) Motion for Separate Trial Outside the Presence of the Jury on Inequitable Conduct is **DENIED**.

Dated: May 27, 2005                                                             s/Richard H. Kyle
                                                                                  RICHARD H. KYLE
                                                                                   United States District Judge