**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Intercat, Inc.,

               Plaintiff,

                             Civ. No. 03-4886 (RHK/AJB)
                             **ORDER**

v.


Nol-Tec Systems, Inc., and
W.R. Grace & Co.-Conn., Inc.,

               Defendants.

---

      Attached is a letter dated May 24, 2005, which the undersigned received from

counsel writing on behalf of all parties in the above-entitled matter, setting forth an agreed-

upon pretrial schedule.  The Court adopts that agreed-upon schedule as the schedule for the

submission of trial materials for the August 2005 trial calendar.

      **SO ORDERED**.


Dated: June 1, 2005                                s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge