UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INTERCAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOL-TEC SYSTEMS, INC., and <br> W.R. GRACE & CO. - CONN., INC., <br><br> Defendants. | NO.  03-CV-4886 (RHK/AJB) |

**ORDER ON CONSENT JUDGMENT,**
**INJUNCTION AND DISMISSAL WITH PREJUDICE**
**(with respect to Defendant Nol-Tec Systems, Inc.)**

This matter came before the Honorable Richard J. Kyle, United States District Judge, upon the Stipulation for Entry of Consent Judgment, Injunction and Dismissal With Prejudice, executed by Intercat, Inc. and Nol-Tec Systems, Inc., and their respective counsel, Docket No. 240.

Based on all the files and records before me, IT IS HEREBY ORDERED:

1.) The Consent Judgment and Injunction is entered as the Court's Order.

2.) Judgment is entered against Nol-Tec with respect to each counterclaim asserted by it in this action and is entered in favor of Intercat and against Nol-Tec with respect to each claim asserted by Intercat in this action.

3.) This case is dismissed with prejudice as to Defendant Nol-Tec Systems, Inc.

Dated this  3rd  day of  January , 2006.    BY THE COURT:

                                  s/Richard H. Kyle
                                  Richard H. Kyle
                                  United States District Court Judge

Doc# 2096673\1